FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL - 8 2020

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAON TURK | Criminal Indictment<br><br>No. 1 20-CR-253 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about April 4, 2020, in the Northern District of Georgia, the defendant, TRAON TURK, knowing that he had been previously convicted of at least one of the following crimes punishable by imprisonment for a term exceeding one year, that is:

- Theft by receiving stolen property and violation of Street Gang Terrorism and Prevention Act, in the Superior Court of Cobb County, Georgia, in or about 2016;

- Violation of Street Gang Terrorism and Prevention Act, possession of cocaine with intent to distribute, possession of methamphetamine with intent to distribute, possession of a controlled substance with intent to distribute, possession of marijuana with intent to distribute, and possession of firearm by convicted felon, in the Superior Court of Cobb County, Georgia, in or about 2018;

- Possession of firearm by convicted felon, in the Superior Court of Cobb County, Georgia, in or about 2018; and

- Possession of heroin, possession of methamphetamine, and possession of cocaine, in the Superior Court of Cobb County, Georgia, in or about 2018,

did knowingly possess a firearm, that is, a Taurus PT 24/7 Pro .40 caliber pistol, said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(l).

### Count Two

On or about April 4, 2020, in the Northern District of Georgia, the defendant, TRAON TURK, did knowingly possess with the intent to distribute a controlled substance, said act involving at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### Count Three

On or about April 4, 2020, in the Northern District of Georgia, the defendant, TRAON TURK, did knowingly possess a firearm, that is, a Taurus PT 24/7 Pro .40 caliber pistol, in furtherance of a drug trafficking crime, that is, possession with intent to distribute a controlled substance, said act involving at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), as alleged in Count Two of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One and Three of this Indictment, the defendant, TRAON TURK, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in and used in the offense(s) alleged, including but not limited to:

1. One (1) Taurus PT 24/7 Pro .40 caliber pistol; and
2. Ammunition seized on or about April 4, 2020.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, TRAON TURK, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including the following:

(a) MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offense for which the defendant is convicted; and

(b) FIREARMS:

   i. One (1) Taurus PT 24/7 Pro .40 caliber pistol; and
   ii. Ammunition seized on or about April 4, 2020.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third person;
c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _True_ BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

*Annalise Peters*

ANNALISE PETERS
*Assistant United States Attorney*
Georgia Bar No. 550845

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4