IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAON TURK,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br><br>1:20-CR-253-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 85] of the Magistrate Judge recommending that the Defendant be found competent to stand trial. The parties have filed a joint notice of no objections to the Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this <u>10th</u> day of April, 2024.

THOMAS W. THRASH, JR.
United States District Judge