IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAON TURK,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>1:20-CR-253-TWT |

**ORDER**

This is a criminal action.  It is before the Court on the Report and Recommendation [Doc. 112] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Evidence [Doc. 13] and Motion to Suppress Statements [Doc. 14]. As set forth in the thorough and well-reasoned Report and Recommendation, there was ample reasonable suspicion to stop the Defendant's vehicle, which dooms Defendant's arguments that his subsequent arrest and seizure of items from his person were unconstitutional. Additionally, Defendant abandoned the vehicle, his gun, and his shoes in the course of fleeing from the police, meaning that he had no reasonable expectation of privacy in any of those discarded items. Moreover, if nothing else, the warrant the officers obtained gave them a good faith basis to search the vehicle. And Defendant's statements were not involuntary. The

Defendant's Objections are overruled and denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Evidence [Doc. 13] and Motion to Suppress Statements [Doc. 14] are DENIED.

SO ORDERED, this  25th  day of April, 2025.

                                              THOMAS W. THRASH, JR.
                                              United States District Judge